FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 JUL 18 PM 4:20
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLLAS TROY JOHNSON,<br><br>Defendant. | 4:17CR 3072<br><br>INDICTMENT<br>18 U.S.C. § 2423(a) |

The Grand Jury charges that

## COUNT I

On or about the 10th day of July, 2017, in the District of Nebraska, the defendant, Nichollas Troy Johnson, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
STEVEN A. RUSSELL #16925
Assistant United States Attorney

1