IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3072 |
| vs. | |
| NICOLLAS JOHNSON, | ORDER |
| Defendant. | |

Defendant moved to continue the trial set for January 2, 2018. (Filing No. 22), explaining Defendant needs additional time to investigate this case and prepare for trial. A prior court order continued the trial to February 5, 2018. (Filing No. 21).

Accordingly,

IT IS ORDERED that Defendant's motion to continue, (Filing No. 22), is denied as moot.

Dated this 5th day of December, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge