IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JUN 27 PM 12:09

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NICOLLAS TROY JOHNSON,<br><br>　　　　　Defendant. | 4:17CR3072<br><br>INFORMATION<br>18 U.S.C. § 2422(a) |

The United States Attorney charges:

<u>COUNT I</u>

On or about the 10th day of July, 2017, in the District of Nebraska, the defendant, NICHOLLAS TROY JOHNSON, did knowingly persuade, induce, entice and coerce any individual to travel in interstate and foreign commerce to engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18 United States Code Section 2422(a).

UNITED STATES OF AMERICA,
Plaintiff

By:　<u>s/ Steven A. Russell</u>
　　　STEVEN A. RUSSELL, #16925
　　　Assistant U.S. Attorney
　　　487 Federal Building
　　　100 Centennial Mall North
　　　Lincoln, NE 68508-3865
　　　Tel: (402) 437-5241
　　　Fax: (402) 437-5390
　　　E-mail: steve.russell@usdoj.gov

1