IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3072 |
| vs. | **ORDER** |
| NICOLLAS TROY JOHNSON, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue sentencing hearing (filing 51) is granted.

2. Defendant Nicollas Troy Johnson's sentencing is continued to October 5, 2018, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge